NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IMPROVED SEARCH LLC,**
*Plaintiff-Appellant*

**v.**

**MICROSOFT CORPORATION,**
*Defendant-Appellee*

---

2019-1961

---

Appeal from the United States District Court for the District of Delaware in No. 1:16-cv-00650-JFB-SRF, Senior Judge Joseph F. Bataillon.

---

## JUDGMENT

---

ROBERT YORIO, Carr & Ferrell LLP, Menlo Park, CA, argued for plaintiff-appellant.

CONSTANTINE L. TRELA, JR., Sidley Austin LLP, Chicago, IL, argued for defendant-appellee.  Also represented by RICHARD ALAN CEDEROTH; SCOTT BORDER, JOSEPH A. MICALLEF, Washington, DC.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge*, REYNA and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

July 13, 2020          /s/ Peter R. Marksteiner
    Date              Peter R. Marksteiner
                      Clerk of Court